# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

BRENDA LEE STACY,　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　)　　Case No. CIV-12-049-JHP-KEW
MICHAEL J. ASTRUE,　　　　　　)
COMMISSIONER OF THE SOCIAL　)
SECURITY ADMINISTRATION,　　　)
　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　)

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 19, 2012, the United States Magistrate Judge entered a Report and Recommendation in regard to Plaintiff's request for judicial review of the decision of the Commissioner of the Social Security Administration. The Magistrate Judge recommended that the decision of the Administrative Law Judge be affirmed.  The plaintiff has not filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record.  Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on October 19, 2012,  be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 12th day of December, 2012.

James H. Payne
United States District Judge
Eastern District of Oklahoma